IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DONTA COVERT | : | CIVIL ACTION |
| v. | : | |
| MENTAL HEALTH DEPART. CRIMINAL JUST. CENTER, et al. | : | NO. 16-2125 |

FILED
MAY -9 2016
MICHAEL E. KUNZ, Clerk
By_____ Dep Clerk

## ORDER

AND NOW, this 9 day of May, 2016, upon consideration of plaintiff's motion to proceed *in forma pauperis* and his *pro se* complaint, it is ORDERED that:

1. Leave to proceed *in forma pauperis* is GRANTED.

2. The complaint is DISMISSED in accordance with the Court's memorandum.

3. The Clerk of Court shall CLOSE this case.

BY THE COURT:

*T. N. O'Neill*
THOMAS N. O'NEILL, JR., J.